UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

CHRISTOPHER DRZIK, on his own behalf
and all similarly situated individuals,

    Plaintiff,

v.                            CASE NO.:  3:11-cv-00379-TJC-MCR

THE HASKELL COMPANY, a Foreign
Profit Corporation

    Defendant.
_____/

**JOINT STIPULATION OF DISMISSAL
OF CLAIMS *WITHOUT* PREJUDICE**

Plaintiff, CHRISTOPHER DRZIK, and Defendant, THE HASKELL COMPANY, pursuant to Rule 41(a)(1)ii of the Federal Rules of Civil Procedure, jointly file this Stipulation of Dismissal Without Prejudice.  Based on the Court's ruling wherein certain material terms of the Parties' settlement agreement were not approved by the Court, the Parties wish to dismiss this case without prejudice in order to explore whether settlement and/or further litigation will be necessary to resolve the issues between them.

    DATED this 31st day of January, 2012.

| **/s STACEY SCHULMAN** | **/s RICHARD MARGULIES** |
|---|---|
| Stacey Schulman, Esquire | Richard Margulies, Esquire |
| FL Bar No.: 557595 | FL Bar No.: 0607487 |
| MORGAN & MORGAN, P.A. | JACKSON LEWIS LLP |
| 6824 Griffin Road | 245 Riverside Avenue |
| Davie, Fl 33314 | Suite 450 |
| Tel: 954-318-0268 | Jacksonville, Florida 32202 |
| Fax: 954-333-3515 | Telephone: (904) 638-2655 |
| Email: SSchulman@forthepeople.com | Email: margulir@jacksonlewis.com |